
FILED
AUG 1 5 2017
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| ANNIE TOVARES,<br><br>Plaintiff,<br><br>vs.<br><br>GALLAGHER BASSETT SERVICES, INC., PRAETORIAN INSURANCE COMPANY,<br><br>Defendants. | 5:16-CV-05051-JLV<br><br>ORDER COMPELLING DISCOVERY |
|---|---|

Plaintiff filed a Motion to Compel Discovery (Doc. 20). Defendants oppose the motion and filed responses thereto. (Doc. 22 and Doc. 23). A hearing was held on the motion on August 10, 2017. For the reasons stated on the record, it is hereby

ORDERED that the motion to compel discovery is granted; it is further

ORDERED that the parties shall meet by September 10, 2017, pursuant to the terms of Fed. R. Civ. P. 16(f).

**NOTICE OF RIGHT TO APPEAL**

Pursuant to 28 U.S.C. § 636(b)(1)(A), any party may seek reconsideration of this order before the district court upon a showing that the order is clearly erroneous or contrary to law. The parties have fourteen (14) days after service of this order to file written objections pursuant to 28 U.S.C. § 636(b)(1)(A), unless an extension of time for good cause is obtained. See FED. R. CIV. P. 72(a); 28 U.S.C. § 636(b)(1)(A). Failure to file timely objections will result in the waiver of the right to appeal questions of fact. Id. Objections must be timely and specific in order to require review by the district

1

court.  Thompson v. Nix, 897 F.2d 356 (8th Cir. 1990); Nash v. Black, 781 F.2d 665 (8th Cir. 1986).

DATED this 15th day of August, 2017.

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge