# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH DAKOTA

# WESTERN DIVISION

| | |
|---|---|
| Annie Tovares,<br><br>       Plaintiff,<br><br>vs.<br><br>Gallagher Bassett Services, Inc.,<br><br>    and<br><br>Praetorian Insurance Company,<br><br>       Defendants. | Case No. CIV. 16-5051-JLV<br><br><br>**PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY** |

COMES NOW Plaintiff, by and through her attorney, Mike Abourezk, and hereby requests an order compelling responses to Plaintiff's First Set of Document Requests. The grounds for this motion are set forth in further detail in Plaintiff's Brief in Support of Second Motion To Compel Discovery, filed herewith.

Dated this 6th day of December, 2019.
                By:/sMike Abourezk
                Mike Abourezk
                Abourezk Law Firm
                PO Box 9460
                Rapid City, SD 57709
                T: (605) 342-0097
                mike@abourezk.com

## CERTIFICATE OF SERVICE

I hereby certify that, on December 6, 2019, I caused the above pleading to be electronically filed with the Clerk of the Court through the CM/ECF system with an electronic copy to be sent to all counsel of record.

Dated this 6th day of December, 2019.

By:/s/Mike Abourezk
Mike Abourezk
Abourezk Law Firm
PO Box 9460
Rapid City, SD 57702
T: (605) 342-0097
*mike@abourezk.com*

2